# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

RICKEY JAMES GRANDY,

                Plaintiff,

        -vs-                                      Case No.   14-CV-0694

JESSE SCHNEIDER,
WILLIAM POLLARD, and
SGT. GIZA,

                Defendants.

## DECISION AND ORDER

On June 16, 2014, the plaintiff filed a *pro se* complaint under 42 U.S.C. § 1983, but he did not pay the filing fee or a petition for leave to proceed *in forma pauperis*. By letter dated June 16, 2014, the plaintiff was directed to pay the full $400.00 in fees or file a petition to proceed *in forma pauperis* within 21 days. To date, the plaintiff has not paid the full $400.00 in fees or filed a petition to proceed *in forma pauperis*.

**IT IS THEREFORE ORDERED** that the plaintiff shall pay the full $400.00 in filing fees or file a motion for leave to proceed *in forma pauperis* (including a certified copy of his prison trust account statement for the six months prior to the filing of his complaint) by **Friday, August 29, 2014**. Failure to pay the full filing fee or file a motion for leave to proceed *in forma pauperis* by this date will result in dismissal of this action pursuant

to Fed. R. Civ. P. 41(b) and Civil L. R. 41(c) (E.D. Wis.) (Copies of these rules are attached to this order).

**IT IS FURTHER ORDERED** that the Clerk of Court shall provide the plaintiff with a copy of the complaint filed in this case and a copy of the court's form motion for leave to proceed *in forma pauperis*.

Dated at Milwaukee, Wisconsin, this 8th day of August, 2014.

**SO ORDERED,**

**HON. RUDOLPH T. RANDA**
**U. S. District Judge**

**Civil L.R. 41(c)  Dismissal for Lack of Diligence.**

>Whenever it appears to the Court that the plaintiff is not diligently prosecuting the action, the Court may enter an order of dismissal with or without prejudice.  Any affected party can petition for reinstatement of the action within 21 days.

**Fed. R. Civ. P. 41(b)  Involuntary Dismissal; Effect.**

>If the plaintiff fails to prosecute or comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it.  Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule – except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19 – operates as an adjudication on the merits.